E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5901
    Facsimile:   (213) 894-0142
    E-mail:      Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ONE 2001 AUDI TT COUPE,<br><br>         Defendant. | No. 2:23-cv-04932<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>21 U.S.C. § 881(a)(4)<br><br>[D.E.A.] |

Plaintiff United States of America brings this claim against defendant One 2001 Audi TT Coupe (the "defendant vehicle"), and alleges as follows:

JURISDICTION AND VENUE

1.    The government brings this *in rem* civil forfeiture action pursuant to 21 U.S.C. § 881(a)(4).

2.    This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant is one silver 2001 Audi TT coupe, Vehicle Identification Number, TRUWT28N011020831, registered to Mauro Romero and seized by law enforcement officers on October 15, 2021, at a Los Angeles, California residence.

6. The defendant vehicle is currently in the custody of the United States Marshals Service in this District, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Mauro Romero ("Romero") may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. In April of 2021, narcotics investigators from the Ventura County Combined Agency Team and the Drug Enforcement Administration ("DEA") were conducting a narcotics investigation into unidentified drug suppliers believed to be located in Mexico, who distribute methamphetamine throughout Southern California.

9. On May 25, 2021, a DEA Confidential Source ("CS") purchased approximately two pounds of methamphetamine from Romero for $2,900.00 in Pasadena, California. After multiple recorded calls arranging for a second drug deal, on June 3, 2021, the CS met with Romero in the parking lot of a Del Taco on West Ventura Boulevard in Camarillo, California to purchase approximately eight pounds of methamphetamine. At the scheduled time, investigators set up surveillance around the parking lot and the CS was provided with a digital recording device. Investigators saw Romero enter the parking lot alone, driving the same car that he had used during the May 25, 2021, drug transaction, a silver, 2021 Audi TT coupe (*i.e.*, the defendant vehicle). Romero parked next to the CS and showed the CS eight individually wrapped packages containing approximately one pound of methamphetamine each. The CS indicated to Romero that the CS was going back to the CS' vehicle to get the money to pay for the drugs.

10. The CS returned to the CS' car and opened the back door on the driver's side. The investigators who had been conducting surveillance then converged on the defendant vehicle and placed Romero under arrest. Investigators found inside the defendant vehicle the eight individual wrapped packages containing approximately eight pounds of methamphetamine.

11. On June 15, 2021, a two-count indictment was returned in *U.S. v. Mauro Romero*, 2:21-CR-00285-SVW, charging Romero with distribution of methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). Subsequent to this indictment, Romero told investigators that the Audi he used in narcotics transactions (*i.e.*, the defendant vehicle) was modified with a hidden compartment for the purpose of transporting narcotics. On August 30, 2021, Romero showed investigators the hidden compartment that had been installed in the rear undercarriage of the defendant vehicle, explaining that it could hold seven pounds of methamphetamine and that it had been reinforced with lead in order to prevent x-ray detection while crossing the international border between Mexico and the United States. On October 15, 2021, the DEA seized the defendant vehicle. On October 25, 2021, Romero pled guilty to both counts of the indictment.

12. Based on the above, plaintiff alleges that the defendant vehicle was used, or was intended to be used, to transport or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance or listed chemical, in violation of 21 U.S.C.§ 841, *et seq*. The defendant vehicle is therefore subject to forfeiture pursuant to 21 U.S.C. §881(a)(4).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant vehicle;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant vehicle to the United States of America for disposition according to law; and

(d)	for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: June 22, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

  */s/ Tara B. Vavere*
TARA B. VAVERE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Patrick J. Hazelwood, hereby declare that:

1. I am a Special Agent with the Drug Enforcement Administration and the case agent for the forfeiture matter entitled *United States of America v. One 2001 Audi TT Coupe*.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 21, 2023 in Los Angeles, California.

PATRICK J. HAZELWOOD