JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:23-cv-04932-SVW (PDx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF FORFEITURE** |
| ONE 2001 AUDI TT COUPE, | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all potential claimants including, Mauro Romero, in the defendant, one 2001 Audi TT Coupe, are condemned and forfeited to the United States of America, which shall dispose of the defendant vehicle in the manner required by law.

Dated: February 14, 2024

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **12/27/2023,** I served a copy of**: [PROPOSED] JUDGMENT OF FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

| Mauro Romero | Mauro Romero |
|---|---|
| [REDACTED] | Register Number 48814-509 |
| Los Angeles, CA 90033 | Los Angeles Metropolitan Detention Center |
| | P.O. Box 531500 |
| | Los Angeles, CA 90053 |

☒ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **12/27/2023,** at Los Angeles, California.

*Paul Read*
**PAUL READ**
Senior Paralegal, FSA